**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Willie R Wesley, Jr aka Wesley Outside Home Care | No.  09-17016 |
| Debtor | Hon.  Deborah L. Thorne |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on May 12, 2016, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Robert J. Adams and Marilyn O. Marshall on May 12, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Willie R Wesley, Jr aka Wesley Outside Home Care
8149 S. Harvard
Chicago, IL 60620

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Robert J. Adams
Robert J. Adams & Associates
901 W. Jackson Suite 202
Chicago, IL 60607